**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Casey Blotzer

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: 877-206-4741
Facsimile: 866-633-0228

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**NORTHSTAR LOCATION SERVICES, LLC,**<br><br>Defendant. | **Case No.:** CV14-636 PSG (CWx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. PHILIP S. GUTIERREZ** |

///
///
///
///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff CASEY BLOTZER ("Plaintiff") and Defendant NORTHSTAR LOCATION SERVICES, LLC ("Defendant") has been resolved in its entirety.  The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and without Prejudice as to the Putative Class Members without 60 days.  Plaintiff requests that all pending dates and filing requirements with regard to the parties be vacated, without prejudice, and that the Court set a deadline on or after May 23, 2015 for filing a Joint Dismissal.

Dated: March 23, 2015                                        Respectfully submitted,


                                                    KAZEROUNI LAW GROUP, APC

                                        By: _____/s/ Matthew M. Loker____
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626