E-FILED 7/6/15

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER,** Individually, And On Behalf Of Other Members Of The General Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**NORTHSTAR LOCATION SERVICES, LLC,**<br><br>Defendant. | Case No. 2:14-cv-00636-PSG-CW<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

Dated this __6th__ day of July, 2015.

PHILIP S. GUTIERREZ
_____
The Honorable Philip S. Gutierrez